**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF LOUISIANA

Case number *(if known)* _____  Chapter **11**

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Southern Pointe Land, LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **35-2633423** |

**4.** **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **8559 Gulf Hwy.** **Lake Charles, LA 70607** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Calcasieu** County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

**5.** **Debtor's website** (URL) _____

**6.** **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

26-20306 - #1  File 06/18/26  Enter 06/18/26 16:37:46  Main Document  Pg 1 of 7

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_5311_

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

26-20306 - #1  File 06/18/26  Enter 06/18/26 16:37:46  Main Document  Pg 2 of 7

| Debtor | **Southern Pointe Land, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| List all cases. If more than 1, attach a separate list | Debtor | **Gulf Stream Manor MHC, LLC** | Relationship | **Affiliate** |
|---|---|---|---|---|
| | District | **Western District of Louisiana** | When **9/24/25** | Case number, if known **25-20473** |

**11. Why is the case filed in *this district?***

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

<table>
<tr><td> </td><td>**Request for Relief, Declaration, and Signatures**</td></tr>
</table>

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 18, 2026**
                MM / DD / YYYY

**X** **/s/ William Rodwell**
Signature of authorized representative of debtor

**William Rodwell**
Printed name

Title    **Manager**

**18. Signature of attorney**

**X** **/s/ Barbara B. Parsons**                    Date **June 18, 2026**
Signature of attorney for debtor                         MM / DD / YYYY

**Barbara B. Parsons 28714**
Printed name

**The Steffes Firm, LLC**
Firm name

**13702 Coursey Blvd.**
**Building 3**
**Baton Rouge, LA 70817**
Number, Street, City, State & ZIP Code

Contact phone    **225-751-1751**          Email address    **bparsons@steffeslaw.com**

**28714 LA**
Bar number and State

26-20306 - #1  File 06/18/26  Enter 06/18/26 16:37:46  Main Document   Pg 4 of 7

District Counsel - IRS
PO Box 30509
New Orleans, LA 70190


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Office of the U.S. Attorney - WDLA
Lafayette/Lake Charles/Alexandria
800 Lafayette St., Ste. 2200
Lafayette, LA 70501-6865


Louisiana Department of Revenue
PO Box 66658
Baton Rouge, LA 70896


Office of the U.S. Trustee - WDLA
300 Fannin Street, Ste. 3196
Shreveport, LA 71101-3122


Apeck Aggregate Supply, LLC
P.O. Box 640
Anacoco, LA 71403


Armistead M Long
Gordon Arata
1015 Saint John Street
Lafayette, LA 70501


B&D Mobile Home Movers
2318 Evelia St.
Westlake, LA 70669


Bolder, PLLC
Attn: Jake Kraemer
504 Old Tavern Circle
Knoxville, TN 37934

Conner L. Dillon
Gold Weems, et al
P.O. Box 6118
Alexandria, LA 71307-6118


Crystal Lake MS, LLC
8511 Gulf Hwy.
Lake Charles, LA 70607


Cynthia Rodwell
19618 Champions Circle
Gulfport, MS 39503


Gary Sinopoli, Jr.
12311 Ashley Drive, Ste. D
Gulfport, MS 39503


M. Shapiro Management Company
31550 Northwestern Hwy
Suite 220
Farmington, MI 48334


Murphy Cormier General Contractor
2885 Hwy 14 E
Lake Charles, LA 70607


PLDJ, LLC
505 S. Martin Luther King Hwy
Lake Charles, LA 70601


Sinopoli Holdings, LLC
8559 Gulf Hwy.
Lake Charles, LA 70607


Southern Electric
3206 Rocky Ln.
Sulphur, LA 70665


Southern Pointe Homes, LLC
8559 Gulf Hwy.
Lake Charles, LA 70607

SQI-Lake Charles, LLC
8511 Gulf Hwy.
Lake Charles, LA 70607


Touch of Class MS, LLC
8559 Gulf Hwy.
Lake Charles, LA 70607


Vanderbilt Mortgage and Finance, Inc.
Attn: Commercial Lending Division
500 Alcoa Trail
Maryville, TN 37804


William Rodwell
19618 Champions Circle
Gulfport, MS 39503


Yakov Plotnikov
906 Shore Blvd.
Brooklyn, NY 11235